IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSAN H. WILLIAMS, DECEASED § <br> BY RUTH SNELL, MOTHER AND § <br> SUBSTITUTED PARTY § <br> § <br> v. § <br> § <br> COMMISSIONER OF SOCIAL SECURITY§ | | PLAINTIFF <br><br><br> CAUSE NO. 1:07CV643-LG-JMR <br><br> DEFENDANT |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DENYING PLAINTIFF'S MOTION TO REVERSE

This cause comes before the Court on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on August 20, 2008. Magistrate Judge Roper reviewed the Plaintiff's Motion [17] to Reverse the decision of the Commissioner of Social Security denying her benefits, as well as all related records and briefing by the parties, and determined that Plaintiff had not shown that the decision should be reversed. Plaintiff did not file an objection to the Magistrate Judge's conclusions or recommendation. In such circumstances, the Court must review the Report and Recommendation to make certain that it is neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful review of the Report and Recommendation, the Court finds it is neither clearly erroneous not contrary to law. Therefore, it will be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on August 20, 2008 should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion to Reverse

[17] is **DENIED**.

SO ORDERED AND ADJUDGED this the 17th day of September, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE