IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSAN H. WILLIAMS, DECEASED § <br> BY RUTH SNELL, MOTHER AND § <br> SUBSTITUTED PARTY § <br> § <br> v. § <br> § <br> COMMISSIONER OF SOCIAL SECURITY § | | PLAINTIFF <br><br><br><br> CAUSE NO. 1:07CV643-LG-JMR <br><br> DEFENDANT |

## JUDGMENT

This day this cause came on for hearing before the Court on Plaintiff's Motion to Reverse [17] , the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion to Reverse [17] is **DENIED**.   This case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE